## Synopsis

| | | |
|---|---|---|
| Name: | | Katrina F. Preble |
| Address: (City & State Only) | | Bangor, ME |
| Year of Birth and Age: | | 1964/56 |
| Violations: | Counts 1,2: | 18 U.S.C. § 875(c)<br>Interstate threats |
| Penalties: | Counts 1,2: | Not more than five (5) years imprisonment, not more than $250,000 fine, or both, 18 U.S.C. §§ 875(c) and 3571(b)(3); Class D Felony, 18 U.S.C. § 3559(a)(4) |
| Supervised Release: | Counts 1,2: | Not more than 3 years.<br>18 U.S.C. § 3583(b)(2). |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Counts 1,2: | Not more than 2 years.<br>18 U.S.C. § 3583(e)(3). |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | Counts 1,2: | Not more than 3 years less any term of imprisonment imposed on the violation.<br>18 U.S.C. § 3583(h). |
| Defendant's Attorney: | | N/A |
| Primary Investigative Agency and Case Agent Name: | | FBI Special Agent Michel Verhar |
| Detention Status: | | Arrest warrant to issue |
| Foreign National: | | N/A |
| Foreign Consular Notification Provided: | | N/A |
| County: | | Penobscot |
| AUSA: | | Andrew McCormack |

| | | |
|---|---|---|
| **Guidelines apply?** Y/N | | Yes |
| **Victim Case:** | | Yes |
| **Corporate Victims Owed Restitution:** | | None |
| **Assessments:** | | $100 per count, 18 U.S.C. § 3013 |