UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Case No. 1:21-cr-00115-LEW |
| | ) |
| KATRINA PREBLE | ) |
| | ) |
| | ) |

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2021 JUL 14 P 1:39

DEPUTY CLERK

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Interstate Threats)

On about November 6, 2020, in the District of Maine and elsewhere, the defendant

**KATRINA PREBLE**

knowingly and willfully did transmit in interstate commerce a threat to injure the person of another; to wit, the defendant left several voicemail messages with S. C.'s office in Bangor, Maine where the defendant threatened to injure and/or kill S.C.

All in violation of Title 18, United States Code, Section 875(c).

1

## COUNT TWO
### (Interstate Threats)

On about November 11, 2020, in the District of Maine and elsewhere, the defendant

### KATRINA PREBLE

knowingly and willfully did transmit in interstate commerce a threat to injure the person of another; to wit, the defendant left several voicemail messages with S. C.'s office in Washington, D.C. where the defendant threatened to injure and/or kill S.C.

All in violation of Title 18, United States Code, Section 875(c).

Date: 7/13/21

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

Grand Jury Foreperson

(Assistant) United States Attorney

2